IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY REED,<br><br>      *Plaintiff*,<br><br>v.<br><br>DET. EDWARD KEPPOL, et al.,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 18-03266 |

## ORDER

**AND NOW**, this 27th day of January 2020, upon consideration of Plaintiff Reed's Motion *in Limine* (ECF No. 42), Defendants' Response (ECF No. 44) and after hearing oral argument (ECF No. 57), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part.

1. To the extent the Motion seeks to exclude evidence of Reed's 2019 convictions, the Motion is **DENIED** as moot.

2. To the extent the Motion seeks to exclude evidence of Reed's convictions from 1997 and 2002, his status of incarceration, and video surveillance, the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.